IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JOSEPH KENNARD SHELTON,        )
                               )
            Plaintiff,         )
                               )
    v.                         )     1:17CV327
                               )
STEPHEN T. INMAN,              )
                               )
            Defendant.         )

## ORDER

On April 25, 2017, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 3, 4.) Plaintiff filed objections (Doc. 5) to the Recommendation.

This court has appropriately reviewed the portions of the Recommendation to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that Plaintiff's complaint (Doc. 2), filed as an action pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), is hereby, **DISMISSED** pursuant to 28 U.S.C. § 1915A for being frivolous or malicious or for failing to state a claim upon which relief may be

granted, as well as for seeking monetary relief against a defendant who is immune from such relief. A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 6th day of June, 2017.

_____
United States District Judge